Certificate Number: 05781-MA-DE-041702277

Bankruptcy Case Number: 26-40707

05781-MA-DE-041702277

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2026, at 12:05 o'clock AM PST, Trish Nguyen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: November 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President